UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MAURICE HAMPTON, | ) | No. CV 18-3702-R (FFM) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| HUNTER ANGLEA, | ) | |
| Respondent. | ) | |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: November 29, 2018

MANUEL L. REAL
United States District Judge